THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BATTERY CONSERVATION INNOVATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ACCO BRANDS CORPORATION, <br><br> Defendant. | CASE NO. 1:22-cv-00470 <br><br> PATENT CASE |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Battery Conservation Innovations, LLC ("Plaintiff" and/or "BCI") files this Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Plaintiff hereby voluntarily dismisses this action against Defendant ACCO Brands Corporation without prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: May 5, 2022.

Respectfully submitted,

*/s/April Senter*
April Senter
Senter Legal Services, Ltd.
19624 Governors Hwy
Flossmoor, Illinois 60422
708-586-7505
april@senterlegal.com

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the foregoing document was filed electronically on May 5, 2022, and was served via CM/ECF on all counsel who are deemed to have consented to electronic service.

                                       */s/April Senter*
                                       April Senter